# CURRICULUM VITAE FOR JUSTIN R. LAPPEN MD
## CASE WESTERN RESERVE UNIVERSITY SCHOOL OF MEDICINE

**JANUARY 2018**

## PERSONAL INFORMATION

Name: Lappen, Justin Ross

### Education

School: Columbia University
Degree: Bachelor of Arts, Mathematics, *cum laude*
Dates: 1998-2002

School: Johns Hopkins University School of Medicine
Degree: Doctor of Medicine
Dates: 2002-2006

### Post-Graduate Training

Institution: Northwestern University
Prentice Women's Hospital
250 E. Superior St.
Chicago, IL 60611
Position: Resident, Obstetrics and Gynecology
Dates: 2006 – 2010

Institution: Northwestern University
Prentice Women's Hospital
250 E. Superior St.
Chicago, IL 60611
Position: Administrative Chief Resident, Obstetrics and Gynecology
Dates: 2009 – 2010

Institution: MetroHealth Medical Center
2500 MetroHealth Drive
Cleveland OH, 44109
Position: Fellow, Maternal Fetal Medicine
Dates: 2014 – 2017

### Contact Information

Office Address: Department of Obstetrics and Gynecology
Division of Maternal Fetal Medicine
University Hospitals Cleveland Medical Center
11100 Euclid Ave
MAC 5034
Cleveland, OH 44106
Office Phone: 216-844-3787
Facsimile: 216-844-5063
E-mail: Justin.Lappen@UHhospitals.org

## PROFESSIONAL APPOINTMENTS

Position/Rank: Assistant Professor
Institution/Department: Division of Maternal Fetal Medicine

|  |  |
|---|---|
|  | University Hospitals Cleveland Medical Center |
| Dates: | 09/2017 - present |
| Position/Rank: | Fellow |
| Institution/Department: | Division of Maternal Fetal Medicine |
|  | MetroHealth Medical Center |
| Dates: | 08/2014 – 08/2017 |
| Position/Rank: | Assistant Professor |
|  | National Health Service Corps Scholar |
| Institution/Department: | Department of Obstetrics and Gynecology |
|  | Division of General Obstetrics and Gynecology |
|  | Department of Family Medicine |
|  | University Hospitals Cleveland Medical Center |
| Dates: | 08/2010 – 08/2014 |
| Position/Rank: | Associate Residency Program Director |
| Institution/Department: | Department of Obstetrics and Gynecology |
|  | University Hospitals Cleveland Medical Center |
| Dates: | 02/2011 – 08/2014 |
| Position/Rank: | Assistant Director, Ryan Residency Training Program in Family Planning |
| Institution/Department: | Department of Obstetrics and Gynecology |
|  | Section of Family Planning |
|  | University Hospitals Cleveland Medical Center |
| Dates: | 02/2011 – 08/2014 |
| Position/Rank: | Director, Fellowship in Advanced Obstetrics |
| Institution/Department: | Department of Family Medicine |
|  | University Hospitals Cleveland Medical Center |
| Dates: | 03/2011 – 08/2014 |

## ACADEMIC APPOINTMENTS

|  |  |
|---|---|
| Position/Rank: | Assistant Professor |
| Institution/Department: | Department of Reproductive Biology |
|  | Case Western Reserve University School of Medicine |
|  | Division of Maternal Fetal Medicine |
|  | University Hospitals Cleveland Medical Center |
| Dates: | 09/2017 – Present |
| Position/Rank: | Assistant Professor |
| Institution/Department: | Department of Reproductive Biology |
|  | Case Western Reserve University School of Medicine |
|  | Division of Maternal Fetal Medicine |
|  | MetroHealth Medical Center (Fellowship) |
| Dates: | 08/2014 – 08/2017 |
| Position/Rank: | Assistant Professor |
| Institution/Department: | Department of Reproductive Biology |
|  | Case Western Reserve University School of Medicine |
|  | Division of General Obstetrics and Gynecology |
|  | Section of Family Planning |
|  | University Hospitals Cleveland Medical Center |
| Dates: | 08/2010 – 08/2014 |

     Position/Rank: Assistant Professor
 Institution/Department: Department of Family Medicine
               Case Western Reserve University School of Medicine
               University Hospitals Cleveland Medical Center
         Dates: 08/2010 – 08/2014

### CERTIFICATION AND LICENSURE

    Name of Board: American Board of Obstetrics and Gynecology
 Date of Certificate: 12/2012

 Licensure State/Number: Ohio/094991
      Date Issued: 03/2010 – Present

### HONORS AND AWARDS

2000 National Science Foundation, Summer Research Grant Recipient, Columbia University

2002 Langmuir Scholars Program in Chemistry, Columbia University

2002 National Health Service Corps Scholarship Recipient

2006 Emily Simms Haller Award, Excellence in Obstetrics and Gynecology
    Johns Hopkins University School of Medicine

2007 A.A. Goldsmith Award, Resident Achievement
    Northwestern Memorial Hospital

2010 Perlman Award, Resident Academic Achievement/Leadership
    Northwestern Memorial Hospital

2011 Association of Professors of Gynecology and Obstetrics (APGO) Excellence in Teaching Award
    Department of Obstetrics and Gynecology, University Hospitals Case Medical Center

2011 Golden Apple Teaching Award, Resident Education
    Department of Family Medicine, University Hospitals Case Medical Center

2012 Golden Apple Teaching Award, Resident Education
    Department of Family Medicine, University Hospitals Case Medical Center

2012 Charles H Hendricks Teaching Award, Resident Education
    Department of Obstetrics and Gynecology, University Hospitals Case Medical Center

2013 Scholarship in Teaching Award
    Case Western Reserve University School of Medicine

2013 Heart of the Family Physician Award
    Department of Family Medicine, University Hospitals Case Medical Center

2014 Council on Resident Education in Obstetrics and Gynecology (CREOG) National Faculty Award
    Department of Obstetrics and Gynecology, University Hospitals Case Medical Center

2014 Excellence in Clinical Teaching Award, Department of Family Medicine
    University Hospitals Case Medical Center

2015    Third place poster presentation, North American Forum on Family Planning
*Intravenous sedation without intubation and the risk of anesthesia complications for obese and non-obese women undergoing surgical abortion: a retrospective cohort study*

2017    Second place oral presentation, Gertie Marx Research Competition, Society for Obstetric Anesthesia and Perinatology 49th Annual Meeting
*Pulse Pressure and the Risk of Post-Epidural FHR Abnormalities: A Randomized Controlled Trial.*

## MEMBERSHIP IN PROFESSIONAL SOCIETIES

Fellow, American Congress of Obstetricians and Gynecologists

Member, Society for Maternal Fetal Medicine

Member, Society of Obstetric Anesthesia and Perinatology

Member, Association of Professors of Gynecology and Obstetrics

## PROFESSIONAL SERVICES

**Journal Peer Reviewer**
| | |
|---|---|
| Journal: | Obstetrics and Gynecology |
| Dates of Service: | 2010 – Present |
| | |
| Journal: | American Journal Obstetrics and Gynecology |
| Dates of Service: | 2010 – Present |
| | |
| Journal: | European Journal of Obstetrics and Gynecology |
| Dates of Service: | 2011 – Present |
| | |
| Journal: | Anesthesia and Analgesia |
| Dates of Service: | 2014 – Present |
| | |
| Journal: | British Journal Obstetrics and Gynaecology |
| Dates of Service: | 2016 – Present |

## COMMITTEE SERVICE

**National**
| | |
|---|---|
| Organization: | National Partnership for Maternal Safety |
| | American College of Obstetricians and Gynecologists and the Society for Maternal Fetal Medicine |
| Committee Name/Role: | Committee on Vital Sign Triggers – Maternal Early Warning Criteria |
| Dates of Service: | 2012 – 2013 |
| | |
| Organization: | American College of Obstetricians and Gynecologists (ACOG Update) |
| Committee Name/Role: | Oxytocin: Doing it Right |
| Dates of Service: | 2013 |
| | |
| Organization: | Ohio Department of Health |
| Committee Name/Role: | Pregnancy Associated Mortality Review |
| Dates of Service: | 2017 – Present |

### Hospital Affiliate

| | |
|---|---|
| Committee Name/Role: | OB Quality Assurance Committee |
| | University Hospitals Cleveland Medical Center |
| Dates of Service: | 2010 – 2014 |
| | |
| Committee Name/Role: | Gynecology Quality Assurance Committee |
| | University Hospitals Cleveland Medical Center |
| Dates of Service: | 2012 – 2014 |
| | |
| Committee Name/Role: | Ethics Committee |
| | University Hospitals Cleveland Medical Center |
| Dates of Service: | 2012 – 2014 |
| | |
| Committee Name/Role: | Perinatal and Infant Mortality Review |
| | MetroHealth Medical Center |
| Dates of Service: | 2014 – 2017 |
| | |
| Committee Name/Role: | Committee on Severe Maternal Morbidity |
| | University Hospitals Cleveland Medical Center |
| Dates of Service: | 2017 – Present |

### Educational Committees

| | |
|---|---|
| Committee Name/Role: | Education Committee |
| | Department of Obstetrics and Gynecology, University Hospitals Cleveland Medical Center |
| Dates of Service: | 2011 – 2014 |
| | |
| Committee Name/Role: | Clinical Competency Committee |
| | Obstetrics and Gynecology Residency Program, University Hospitals Cleveland Medical Center |
| Dates of Service: | 2013 – 2014 |

## TEACHING ACTIVITIES

### Curriculum/Course Development

1. Title: POCUS: Point of Care Ultrasound: Curriculum for Family Medicine Residents and Medical Students
   Organization: Department of Family Medicine
   University Hospitals Cleveland Medical Center
   Case Western Reserve University School of Medicine
   Date/Location: Cleveland, OH; 2010-2013
   *Received Scholarship in Teaching Award, Case Western Reserve University School of Medicine, 2013

2. Title: Curriculum in Obstetrics and Gynecology
   Organization: Department of Family Medicine Residency Program
   University Hospitals Cleveland Medical Center
   Date/Location: Cleveland, OH; 2010-2014

3. Title: Family Planning Curriculum
   Organization: Department of Obstetrics and Gynecology Residency Program
   University Hospitals Cleveland Medical Center

|   |   |   |
|---|---|---|
|   | Date/Location: | Cleveland, OH; 2011-2014 |
| 4. | Title:<br>Organization:<br><br><br><br>Date/Location: | Fellowship Curriculum<br>Fellowship in Advanced Obstetrics<br>Department of Family Medicine<br>Department of Obstetrics and Gynecology<br>University Hospitals Cleveland Medical Center<br>Cleveland, OH; 2012-2014 |

**Invited Lectures and Professorships**

| | | |
|---|---|---|
| 1. | Title:<br>Group Addressed:<br><br>Location/Date: | Magnesium sulfate for prevention of cerebral palsy: fact or fiction?<br>Northwestern University Feinberg School of Medicine<br>Department of Obstetrics and Gynecology<br>Chicago, IL; March 2010 |
| 2. | Title:<br>Group Addressed:<br><br><br>Location/Date: | Obesity and pregnancy: challenges, complications, and…change?<br>Case Western Reserve University School of Medicine<br>Department of Obstetrics and Gynecology<br>University Hospitals Cleveland Medical Center<br>Cleveland, OH; November 2010 |
| 3. | Title:<br><br>Group Addressed:<br><br><br>Location/Date: | Chronic pelvic pain: a gynecologic perspective and the role of hysterectomy<br>Case Western Reserve University School of Medicine<br>Department of Surgery, Division of Colorectal Surgery<br>University Hospitals Cleveland Medical Center<br>Cleveland, OH; February 2012 |
| 4. | Title:<br>Group Addressed:<br><br><br>Location/Date: | Ruptured ectopic pregnancy<br>Case Western Reserve University School of Medicine<br>Department of Medicine<br>University Hospitals Cleveland Medical Center<br>Cleveland, OH; May 2012 |
| 5. | Title:<br>Group Addressed:<br><br>Location/Date: | Maternal transfer for delivery: an evidence-based review<br>12th Annual Perinatal Conference<br>MetroHealth Medical Center<br>Cleveland, OH; November 2012 |
| 6. | Title:<br>Group Addressed:<br><br>Location/Date: | Gestational Diabetes Management in a Resource Limited Setting<br>Department of Obstetrics and Gynecology<br>Georgetown Public Hospital<br>Georgetown, Guyana; January 2013 |
| 7. | Title:<br>Group Addressed:<br><br><br>Location/Date: | Trauma in Pregnancy<br>Case Western Reserve University School of Medicine<br>Department of Emergency Medicine<br>University Hospitals Cleveland Medical Center<br>Cleveland, OH; March 2014 |
| 8. | Title:<br>Group Addressed:<br><br>Location/Date: | Abortion, Law and Ethics<br>Case Western Reserve University<br>Masters Program in Bioethics<br>Cleveland, OH, September 2015, 2016, 2017 |

| | | |
|---|---|---|
| 9. | Title: | Infant Mortality in Ohio: Maternal Perspectives |
| | Group Addressed: | National Council of Jewish Women |
| | | Understanding the Issues: Infant Mortality |
| | Location/Date: | Cleveland, OH; February 2016 |
| | | |
| 10. | Title: | Faculty and Simulation Facilitator |
| | Group Addressed: | Critical Care in Obstetrics Course |
| | | Society for Maternal Fetal Medicine |
| | Location/Date: | Mesa, AZ; November 2016 |
| | | |
| 11. | Title: | GI Physiology in Pregnancy |
| | Group Addressed: | Neonatology and Maternal Fetal Medicine Joint Conference |
| | | MetroHealth Medical Center |
| | Location/Date: | Cleveland, OH; September 2017 |
| | | |
| 12. | Title: | Obstetric Hemorrhage and Transfusion |
| | Group Addressed: | 17th Annual Perinatal Conference |
| | | MetroHealth Medical Center |
| | Location/Date: | Cleveland, OH; November 2017 |
| | | |
| 13. | Title: | Obstetric Hemorrhage and Transfusion: A Physiologic Approach |
| | Group Addressed: | Annual Perinatal Conference, Department of Obstetrics and Gynecology |
| | | The Cleveland Clinic Foundation |
| | Location/Date: | Cleveland, OH; March 2018 |
| | | |
| 14. | Title: | First Trimester Obstetric Emergencies |
| | Group Addressed: | National Critical Care Ultrasound Conference |
| | Location/Date: | Cleveland, OH; April 2018 |
| | | |
| 15. | Title | Pulse Pressure: A Window into Intrapartum Maternal Volume Status |
| | Group Addressed | Obstetrics-Anesthesia Joint Grand Rounds |
| | Location/Date: | University of California San Francisco; May 2018 |

**Trainees / Mentees**

From 2010-2014, I worked clinically as a general Obstetrician/Gynecologist within both the departments of Obstetrics and Gynecology and Family Medicine at University Hospitals Cleveland Medical Center as part of my commitment to the National Health Service Corps.  In addition to my role as a mentor and educator to residents and medical students within the department of Obstetrics and Gynecology, I served as the faculty member overseeing all clinical obstetric practice for the Department of Family Medicine, mentored and trained each class of Family Medicine residents (9 per class), and developed and educational curriculum in Obstetrics and Gynecology for family physicians.  During these years, I also served as the Associate Residency Program Director in the Department of Obstetrics and Gynecology and developed and administered a Fellowship in Advanced Obstetrics for graduates of Family Medicine residency programs, which provided comprehensive clinical and operative obstetric training to graduates of Family Medicine residency programs who desired to practice full-scope obstetrics (including cesarean delivery).  Therefore, in my roles during these years, I had close relationships and mentored all of the residents within both the Departments of Obstetrics and Gynecology and Family Medicine as well as numerous medical students from Case Western Reserve University School of Medicine.  The following list represents students, residents and fellows with whom additional academic mentorship was provided.

| | | |
|---|---|---|
| 1. | Name: | Elizabeth Elliot MD |
| | Role: | Fellow |
| | | Fellowship in Advanced Obstetrics, Department of Family Medicine |
| | | University Hospitals Cleveland Medical Center |
| | Years of Training: | 2012-2013 |
| | Current Status: | Director of Maternity Services |

|     |                    |                                                                           |
| --- | ------------------ | ------------------------------------------------------------------------- |
|     |                    | Director, Midwifery Training Program                                       |
|     |                    | Bongolo Hospital, Gabon (Africa)                                           |
| 2.  | Name:              | Valentine Ugwu MBBS, MBA, FRCOG                                            |
|     | Role:              | Fellow                                                                     |
|     |                    | Fellowship in Advanced Obstetrics, Department of Family Medicine           |
|     |                    | University Hospitals Cleveland Medical Center                              |
|     | Years of Training: | 2013-2014                                                                  |
|     | Current Status:    | Director Obstetric and Newborn Services                                    |
|     |                    | Frio Regional Hospital, Methodist Health Care, San Antonio, TX             |
|     |                    | Assistant Professor, Department of Family Medicine                         |
|     |                    | University of Texas San Antonio                                            |
| 3.  | Name:              | Maria Shaker, MD                                                           |
|     | Role:              | Resident, Department of Obstetrics and Gynecology                          |
|     |                    | University Hospitals Cleveland Medical Center                              |
|     | Years of Training: | 2010-2014                                                                  |
|     | Current Status:    | Assistant Professor                                                        |
|     |                    | Department of Reproductive Biology                                         |
|     |                    | Department of Obstetrics and Gynecology                                    |
|     |                    | Division of General Obstetrics and Gynecology                              |
|     |                    | Director, Family Planning                                                  |
|     |                    | University Hospitals Cleveland Medical Center                              |
| 4.  | Name:              | Rachel Pope, MD MPH                                                        |
|     | Role:              | Resident, Department of Obstetrics and Gynecology                          |
|     |                    | University Hospitals Cleveland Medical Center                              |
|     | Years of Training: | 2011-2015                                                                  |
|     | Current Status:    | Fellow, Global Women's Health Fellowship                                   |
|     |                    | Department of Obstetrics and Gynecology                                    |
|     |                    | Baylor College of Medicine                                                 |
| 5.  | Name:              | Nicholas Cohen, MD                                                         |
|     | Role:              | Resident, Department of Family Medicine                                    |
|     |                    | University Hospitals Cleveland Medical Center                              |
|     | Years of Training: | 2010-2013                                                                  |
|     | Current Status:    | Assistant Professor                                                        |
|     |                    | Department of Family Medicine                                              |
|     |                    | Department of Medicine, Division of Geriatrics and Palliative Care         |
|     |                    | University Hospitals Cleveland Medical Center                              |
|     |                    | Case Western Reserve University School of Medicine                         |
| 6.  | Name:              | Priyanka Gokhale, MD                                                       |
|     | Role:              | Medical Student                                                            |
|     |                    | Case Western Reserve University School of Medicine                         |
|     | Years of Training: | 2010-2014                                                                  |
|     | Current Status:    | Resident                                                                   |
|     |                    | Department of Obstetrics and Gynecology                                    |
|     |                    | Prentice Women's Hospital, Northwestern University                         |
| 7.  | Name:              | Sydney Stark, BA MS                                                        |
|     | Role:              | Undergraduate and Masters Student                                          |
|     |                    | Case Western Reserve University                                            |
|     | Years of Training: | 2014-2017                                                                  |
|     | Current Status:    | Medical Student                                                            |

**Teaching Administration**

1. Associate Residency Program Director
   Department of Obstetrics and Gynecology
   University Hospitals Cleveland Medical Center
   02/2011 – 08/2014

2. Assistant Director, Ryan Residency Training Program in Family Planning
   Department of Obstetrics and Gynecology
   University Hospitals Cleveland Medical Center
   02/2011 – 08/2014

3. Director, Fellowship in Advanced Obstetrics
   Department of Family Medicine
   University Hospitals Cleveland Medical Center
   03/2011 – 08/2014

**Teaching Activities**

1. The Great Debate: Controversies in Obstetrics and Gynecology, 2011 – 2014
   - Annual evidence-based debate on two controversial clinical topics in Obstetrics and Gynecology
   - Residency program divided into teams, assigned a topic and side to defend, and assigned faculty mentors
   - At dedicated Grand Rounds session, teams presented oral argument with time for questions and defense
   - Resulted in evidence-based review informing departmental clinical practice

2. Obstetrics and Gynecology Resident Lectures, didactic curriculum (yearly), 2010 – 2014:
   - Obesity and pregnancy: maternal and fetal implications
   - Trauma in pregnancy
   - Operative vaginal delivery
   - Medical and surgical abortion
   - Ectopic pregnancy: medical and surgical management

3. Medical Student Lectures, Obstetrics and Gynecology Clerkship (each block), 2010 – 2014:
   - Preterm Birth

4. Obstetrics and Gynecology Resident Lectures, didactic curriculum (yearly), 2014 – 2017:
   - Asthma in pregnancy
   - Trauma in pregnancy
   - Critical care basics for the obstetrician
   - Venous thromboembolism in pregnancy
   - Fetal arrhythmias: principals and practice
   - CMV: perinatal implications
   - Intrauterine growth restriction

5. Simulation training, Obstetrics and Gynecology Residency (quarterly), 2014-2017
   - Operative vaginal delivery
   - Obstetric emergencies
   - Critical care Obstetrics

5. Masters in Bioethics, Case Western Reserve University (seminar, yearly), 2015 – present
   - Abortion, Law and Ethics

**BIBLIOGRAPHY**

**Peer Reviewed Articles**

1. **Lappen JR**, Gossett DR.  Changes in episiotomy practice: evidence-based medicine in action. Expert Rev. Obstet. Gynecol. 2010 5(3), 301–309.

2. **Lappen JR**, Keene M, Lore M, Grobman WA, Gossett DR. Existing Models Fail to Predict Sepsis in an Obstetric Population with Intrauterine Infection.  Am J Obstet Gynecol. 2010;203:573.e1-5. (PMID: 20833382)

3. Wyman A, Hurd W, **Lappen J**.  Cardiac myxoma presenting as dyspnea after cesarean delivery.  Case Rep Med. 2012:487385. (PMID: 22778750)

4. **Lappen JR**, Seidman D, Burke C, Goetz K, Grobman WA.  Changes in Care Associated with the Introduction of a Postpartum Hemorrhage Patient Safety Program.  Am J Perinatol. 2013;30:833-838. (PMID: 23359234)

5. Facco FL, **Lappen J**, Lim C, Zee P, Grobman WA.  Preeclampsia and Sleep-Disordered Breathing: A Case-Control Study.  Pregnancy Hypertens. 2013; 3(2):133-139. (PMID: 23997999)

6. **Lappen JR**, Talati A, Wieczorek M, Cossler N.  Resident orientation: a time to foster cultural competency.  Obstet Gynecol. 2014;123:653-5. (PMID: 24499764)

7. Mhyre JM, D'Oria R, Hameed AB, **Lappen JR**, Holley SL, Hunter SK, Jones RL, King JC, D'Alton ME.  The maternal early warning criteria: a proposal from the national partnership for maternal safety.  Obstet Gynecol. 2014;124:782-6. (PMID: 25198266)

8. Mhyre JM, D'Oria R, Hameed AB, **Lappen JR**, Holley SL, Hunter SK, Jones RL, King JC, D'Alton ME.  The maternal early warning criteria: a proposal from the national partnership for maternal safety. J Obstet Gynecol Neonatal Nurs. 2014;43:771-9. (PMID: 25203897)

9. Edwards SE, Grobman WA, **Lappen JR**, Winter C, Fox R, Lenguerrand E, Draycott T. Modified obstetric early warning scoring systems (MOEWS): validating the diagnostic performance for severe sepsis in women with chorioamnionitis. Am J Obstet Gynecol. 2015;212:536.e1-8. (PMID: 25446705)

10. Hackney DN, Kuo K, Petersen RJ, **Lappen JR**.  Determinants of the competing outcomes of intrauterine infection, abruption or spontaneous preterm birth after preterm premature rupture of membranes. J Matern Fetal Neonatal Med. 2016; 29:258-63. (PMID: 25564724)

11. **Lappen JR**, Hackney DN, Bailit JL. Outcomes of term induction in trial of labor after cesarean delivery: analysis of a modern obstetric cohort. Obstet Gynecol. 2015;126:115–23. (PMID: 26241264)
	*Editor's Choice

12. Arora KS, Shields LE, Grobman WA, D'Alton ME, **Lappen JR**, Mercer BM. Triggers, bundles, protocols and checklists – what every maternal care provider needs to know. Am J Obstet Gynecol. 2016;214:444-51. (PMID: 26478105)

13. **Lappen JR**, Stark S, Gibson KS, Prasad M, Bailit JL.  Intravenous drug use is associated with alloimmunization in pregnancy.  Am J Obstet Gynecol. 2016;215:344.e1-6. (PMID: 26996989)

14. **Lappen JR**, Hackney DN, Bailit JL. Maternal and neonatal outcomes of attempted vaginal compared with planned cesarean delivery in triplet gestations. Am J Obstet Gynecol. 2016;215:493.e1-6. (PMID: 27166014)

15. Gokhale P*, **Lappen JR***, Waters JH, Perriera LK. Intravenous sedation without intubation and the risk of anesthesia complications for obese and non-obese women undergoing surgical abortion: a retrospective cohort study. Anesth Analg. 2016;122:1957-62. (PMID: 27177015)
	*Co-first authors

16. **Lappen JR**, Sheyn D, Hackney DN. Does pregnancy increase the risk of abdominal hernia recurrence after pre-pregnancy surgical repair? Am J Obstet Gynecol. 2016;215:390.e1-5. (PMID: 27177521)

17. **Lappen JR**, Myers SA. The systematic error in the estimation of fetal weight and the underestimation of fetal growth restriction. Am J Obstet Gynecol. 2017;216:477-483. (PMID: 28209489)

18. **Lappen JR**, Myers SA, Bolden N, Mercer BM, Chien EK. Maternal pulse pressure and the risk of postepidural complications: a randomized controlled trial. Obstet Gynecol 2017;130:1366–76. (PMID: 29112650)

19. **Lappen JR**, Myers SA, Bolden N, Shaman Z, Angirekula V, Chien EK. Pulse pressure and carotid artery Doppler velocimetry as indicators of maternal volume status: a prospective cohort study. Anesth Analg 2018 *(in press accepted manuscript)*.


**Book Chapters**
1. **Lappen JR**. History-Taking and Interview Techniques and the Physician-Patient Relationship. Global Libr Women's Med. (ISSN: 1756-2228) 2011; DOI 10.3843/GLOWM.10411.

2. **Lappen JR**. Episiotomy and Repair. Medscape Reference. Updated February 27, 2014. Available at: http://emedicine.medscape.com/article/2047173-overview.

3. **Lappen JR**, Gossett DG. Evidence-based cancer screening: the modern evolution of the pap smear. In: Sitaras NM, ed. Evidence based medicine: closer to patients or scientists? InTech, 2012: 117-138. ISBN 978-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-6.

4. Rezaee R, **Lappen JR**, Gecsi K. Antenatal and intrapartum care of the high-risk neonate. In: Fanaroff AA and Fanaroff JM, eds. Klaus and Fanaroff's Care of the High-Risk Neonate, 6th ed. Philadelphia, PA: Elsevier; 2012.

5. Elguro S, **Lappen JR**, Hurd WW. Abnormal uterine bleeding. In: Falcone T and Hurd WW, eds. Clinical and reproductive medicine and surgery, 2nd ed. Philadelphia, PA: Springer; 2013.

6. Kuo K and **Lappen JR**. Postpartum Fever. In: Korenstein D, Lynn R, eds. ACP Smart Medicine (Internet). Philadelphia: American College of Physicians; 2014. Available from: http://smartmedicine.acponline.org/content.aspx?gbosID=198

7. Gibson K, **Lappen J**. Second and Third Trimester Ultrasound. In Jones RA, Goldstein J, meds. Point of Care Obstetrical Ultrasound. 1st ed. Dallas, TX: ACEP Publications; 2016:91-115.


**Audio/Video/CD-Rom, etc.**

1. Lappen JR (Moderator), Bailit JL, Gerber SE. Oxytocin: Doing it Right. American College of Obstetricians and Gynecologists, ACOG Update audiotape. April 2013.


**Editorials**

1. Lappen JR. Contraception: Truly a "Vital" Sign. Editorial. 10 December 2012. http://www.annfammed.org/content/10/6/516/reply#annalsfm_el_25441.

2. Bailit JL, **Lappen JR**. Stillbirth and the 39-Week Rule: Can We Be Reassured? Obstet Gynecol. 2015; 126:1131-2. (PMID: 26551189)


**Letters**

1.  **Lappen JR** and Myers SA.  Infant mortality rate as a metric for best gestational age for delivery.  Am J Obstet Gynecol. 2015;213:111-2 (PMID: 25747549)

2.  Mhyre JM, **Lappen JR**, King JC, D'Alton ME. In Reply, letter to editor regarding: The maternal early warning criteria: a proposal from the national partnership for maternal safety. Obstet Gynecol. 2015;125:494. (PMID: 25611635)

3.  Edwards SE, Draycott T, **Lappen J**. Reply, letter to editor regarding: Modified obstetric early warning scoring systems (MOEWS): validating the diagnostic performance for severe sepsis in women with chorioamnionitis. Am J Obstet Gynecol. 2015;213:748-9. (PMID 26164692)

4.  Bailit JL, **Lappen JR**. In Reply, letter to the editor regarding: Stillbirth and the 39-Week Rule: Can We Be Reassured?. Obstet Gynecol. 2016;127:804-5. (PMID 27008228)

5.  **Lappen JR**, Bolden N, Mercer BM, Chien EK. Cardiac output offers a narrow window into the wide uteroplacental circulation.  Obstet Gynecol 2018. *(in press accepted manuscript)*


**Abstracts – Oral Presentations**

1.  Cohen N and **Lappen JR**.  A Novel Online Curriculum to Teach Point-of-Care Ultrasound to Family Medicine Residents and Medical Students.  Family Medicine Education Consortium, 31st Annual Northeast Regional Meeting.  Cleveland, September, 2012.

2.  Cohen N, **Lappen JR**, Bhimani A, Gecsi KS, Wolfe HM.  POCUS: Point-of-care Ultrasound: A Novel Web-based Curriculum to Teach Bedside Ultrasound to Medical Students.  Society of Teachers of Family Medicine 39th Annual conference on Medical Student Education. San Antonio, January 2013.

3.  **Lappen JR**, Cohen N, Gecsi KS, Wolfe HM.  A Pilot Study of a Novel Point-of-Care Ultrasound Curriculum for Medical Students on the Obstetrics and Gynecology Clerkship.  Association of Professors of Gynecology and Obstetrics (APGO CREOG) Annual Meeting.  Phoenix, February 2013.

4.  Cohen N, **Lappen JR**, Bhimani A, Gecsi KS, Wolfe HM.  Implementation of a Competency-Based Online Curriculum to Train Medical Students and Primary Care Residents and Physicians in Point-of-Care Ultrasound. American Institute of Ultrasound in Medicine Annual Meeting.  New York, April 2013.

5.  Cohen N, Gecsi K, Wolfe H, **Lappen JR**. "Introducing POCUS: A Competency-Based Point-of-Care Ultrasound Curriculum for Family Medicine Residents and Medical Students." Seminar presentation to the Society of Teachers of Family Medicine (STFM) Annual Spring Conference, Baltimore, May, 2013

6.  Cohen N, Magee S, **Lappen J**, Farahi N, Schroeder A, Gravel J, Teel J, Tuggy M, Hirshfield M, Lam NC. FM Focus: A Multi-Site Validation Study of Prenatal Ultrasound Training for Family Medicine Residents. Society for the Teachers of Family Medicine 47th Annual Spring Conference, San Antonio, May 2014.

7.  **Lappen JR**, Hackney DN, Bailit JL. Outcomes of trial of labor after cesarean section (TOLAC): analysis of a modern obstetric cohort. Fellow's Plenary, Society for Maternal Fetal Medicine 35th Annual Meeting, San Diego, February 2015.

8.  **Lappen JR**, Myers SA, Bolden N, Mercer BM, Chien EK. Pulse Pressure and the Risk of Post-Epidural FHR Abnormalities: A Randomized Controlled Trial. Society for Obstetric Anesthesia and Perinatology 49th Annual Meeting, Bellevue, May 2017.

9.  **Lappen JR**, Chien EK, Mercer BM. Contraction-associated maternal heart rate decelerations: a pragmatic marker of intrapartum volume status. Society for Maternal Fetal Medicine 38th Annual Meeting, Dallas, January 2018

**Abstracts – Poster Presentations**

1. Bankowski BJ, **Lappen J**, Jain T, Astone NM.  Racial disparities amidst in vitro fertilization (IVF) insurance mandates.  American Society for Reproductive Medicine (ASRM), 61st Annual Meeting, Montreal, October 2005.

2. **Lappen JR**, Keene M, Lore M, Grobman WA, Gossett DR.  Existing Predictive Models do not Accurately Characterize Risk of Sepsis in Obstetric Patients.  Society for Maternal Fetal Medicine 30th Annual Meeting, Chicago, February 2010.

3. **Lappen JR**, Seidman D, Burke C, Goetz K, Grobman WA.  Changes in care associated with introduction of a postpartum hemorrhage patient safety program.  Society for Maternal Fetal Medicine 32nd Annual Meeting, Dallas, February 2012.

4. Cohen N, Masahiro M, **Lappen JR**, Degolia P.  Point-of-care ultrasound: it's time for a curriculum change for family medicine residents.  Society for the Teachers of Family Medicine 45th Annual Meeting, Seattle, April 2012.

5. Cohen N, Wolf HM, **Lappen JR**.  POCUS: a free, novel online curriculum to learn point-of-care ultrasound.  American Academy of Family Physicians Annual Meeting, Philadelphia, October 2012.

6. Edwards S, Grobman W, **Lappen J**, Gossett DR, Winter C, Fox R, Lenguerrand E, Draycott T.  Modified Early Obstetric Warning Systems (MEOWS) – diagnostic performance for severe sepsis in women with chorioamnionitis.  Royal College of Obstetricians and Gynaecologists World Congress, Liverpool UK, June 2013.

7. Hackney DN, Kuo K, **Lappen JR**.  Determinants of the competing outcomes of intrauterine infection, abruption or spontaneous preterm birth after preterm premature rupture of membranes.  Society for Maternal Fetal Medicine 34th Annual Meeting, New Orleans, February 2014.

8. Hackney DN, Kuo K, **Lappen JR**.  Geographic and clinical variation in cervical cerclage utilization in the United States. Society for Maternal Fetal Medicine 34th Annual Meeting, New Orleans, February 2014.

9. Patel KA, Frasure H, **Lappen JR**.  Knowledge and Utilization of Patient-independent Contraception Among Young Minority Women in a Primary Care Setting.  American Academy of Family Physicians Annual Meeting, Washington DC, October 2014.

10. Sharma R, Bauer A, **Lappen JR**, Hackney DN.  Do surgical times moderate association between obesity and wound complications after cesarean delivery? American College of Obstetricians and Gynecologists Annual Meeting, San Francisco, May 2015.

11. Gokhale P, **Lappen JR**, Perriera LK. Safety of deep sedation without intubation for obese and non-obese women undergoing first and second trimester surgical abortion.  North American Forum on Family Planning, Chicago, November 2015.

12. **Lappen JR**, Stark S, Gibson KS, Prasad M, Bailit JL. Intravenous drug use is associated with alloimmunization in pregnancy. Society for Maternal Fetal Medicine 36th Annual Meeting, Atlanta, February 2016.

13. **Lappen JR**, Hackney DN, Bailit JL. Outcomes of attempted vaginal or planned cesarean delivery in triplet pregnancies. Society for Maternal Fetal Medicine 36th Annual Meeting, Atlanta, February 2016.

14. **Lappen JR**, Sheyn D, Hackney DN.  Does pregnancy increase the risk of abdominal hernia recurrence after pre-pregnancy surgical repair?  Society for Maternal Fetal Medicine 36th Annual Meeting, Atlanta, February 2016.

15. **Lappen JR**, Myers SA. The systematic error in the estimation of fetal weight and the underestimation of fetal growth restriction: a population-level analytic model. Society for Maternal Fetal Medicine 37th Annual Meeting, Las Vegas, January 2017.

16. **Lappen JR**, Shaman Z, Myers SA, Chien EK.  Pulse pressure and carotid artery Doppler velocimetry as indicators of maternal volume status: a prospective cohort study. Society for Maternal Fetal Medicine 37th Annual Meeting, Las Vegas, January 2017.

17. **Lappen JR**, Myers SA, Bolden N, Shaman Z, Chien EK.  Pulse pressure and carotid artery doppler velocimetry as indicators of maternal volume status: a prospective cohort study.  Society for Obstetric Anesthesia and Perinatology 49th Annual Meeting, Bellevue, May 2017.

18. Bauer AM, **Lappen JR**, Gecsi K, Hackney DN. Cervical ripening balloon with and without oxytocin in multiparas: a randomized controlled trial. Society for Maternal Fetal Medicine 38th Annual Meeting, Dallas, January 2018.

19. **Lappen JR**, Stark S, Bailit JL, Gibson KS.  Delivery dose of methadone and buprenorphine and the risk of neonatal abstinence syndrome. Society for Maternal Fetal Medicine 38th Annual Meeting, Dallas, January 2018.

20.  Addae-Konadu K, Ravishankar S, Cohen L, Wherley S, **Lappen JR**, and Lazebnik N. First Trimester Ultrasonographic Diagnosis of Placental Mesenchymal Dysplasia: An Early Clue to the Diagnosis of Beckwith-Wiedemann Syndrome.  American Institute of Ultrasound in Medicine Annual Meeting.  New York, March 2018.