# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | |
|---|---|
| **PRETERM-CLEVELAND, et al.** : | |
| : | |
| **Plaintiffs,** : | Case No. 1:18-cv-109 |
| : | |
| v. : | Judge Timothy S. Black |
| : | |
| **LANCE HIMES, DIRECTOR, et al.** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEAL

The State Defendants—specifically, (1) Lance Himes, Director, Ohio Department of Health, (2) Kim G. Rothermel, M.D., Secretary of Ohio Medical Board, and (3) Bruce R. Saferin, D.P.M. Supervising Member of Ohio Medical Board—hereby give notice that they appeal, to the United States Court of Appeals for the Sixth Circuit, from the Order Granting Plaintiffs' Motion for Preliminary Injunction [R. 28] entered in this action on the 14th day of March, 2018.

Respectfully submitted,

MIKE DEWINE
Ohio Attorney General

*s/ Steven T. Voigt*
STEVEN T. VOIGT (0092879)
Principal Assistant Attorney General
TIFFANY L. CARWILE (0082522)
Associate Assistant Attorney General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: 614-466-2872 | Fax: 614728-7592
steven.voigt@ohioattorneygeneral.gov
tiffany.carwile@ohioattorneygeneral.gov

*Additional counsel listed on following page*

MELINDA RYANS SNYDER (0077852)
Health and Human Services
Senior Assistant Attorney General
30 E. Broad Street, 26th Floor
Columbus, Ohio 43215
Tel: 614-466-8600 | Fax: 614-466-6090
melinda.ryanssnyder@ohioattorneygeneral.gov

*Counsel for State Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the U.S. District Court, Southern District of Ohio, on April 11, 2018, and served upon all parties of record via the court's electronic filing system.

*s/ Steven T. Voigt*
STEVEN T. VOIGT (0092879)
Principal Assistant Attorney General