# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **PRETERM-CLEVELAND,** *et al.*, | |
| Plaintiffs, | Case No. 1:18-cv-109 |
| v. | Judge Timothy S. Black |
| **BRUCE VANDERHOFF, M.D.,** *et al.*, | |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Preterm-Cleveland, et al., and Defendants Bruce Vanderhoff, M.D., et al., by and through their attorneys, hereby jointly stipulate that this action be dismissed without prejudice. All parties agree to bear their own costs and fees.

Respectfully submitted,

| | |
|---|---|
| /s/ *B. Jessie Hill* | /s/ *Amanda L. Narog* |
| B. Jessie Hill (0074770) | AMANDA L. NAROG (0093954) |
| *Counsel of Record* | *Counsel of Record* |
| Cooperating Counsel for the ACLU of Ohio Foundation | BRIDGET COONTZ (0072919) |
| ACLU of Ohio | Assistant Attorneys General |
| 4506 Chester Ave. | 30 East Broad Street, 17th Floor |
| Cleveland, OH 44103 | Columbus, Ohio 43215 |
| (216) 368-0553 | Tel: (614) 995-0326 \| Fax: (855) 669-2155 |
| (216) 368-2086 (fax) | Amanda.Narog@OhioAGO.gov |
| bjh11@cwru.edu | Bridget.Coontz@OhioAGO.gov |
| *Counsel for Plaintiffs Preterm, Planned Parenthood Southwest Ohio Region, Dr.* | *Counsel for Defendants Buce Saferin, Stephanie McCloud, and Kim Rothermel* |
| | /s/ *Pamela J. Sears* |

1

*Roslyn Kade, and Women's Med Group Professional Corporation*

Freda J. Levenson (0045916)
ACLU of Ohio Foundation, Inc.
4506 Chester Avenue
Cleveland, OH 44103
(216) 472-2220
(216) 472-2210 (fax)
flevenson@acluohio.org
*Counsel for Plaintiffs Preterm, Planned Parenthood Southwest Ohio Region, and Women's Med Group Professional Corporation*

Alexa Kolbi-Molinas*
Rebecca Chan*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2633
akolbi-molinas@aclu.org
rebeccac@alcu.org
*Counsel for Plaintiff Preterm*

Melissa Cohen*
Planned Parenthood Federation of America
123 William Street, Floor 9
New York, NY 10038
(212) 541-7800
(212) 247-6811 (fax)
melissa.cohen@ppfa.org
*Counsel for Plaintiffs Planned Parenthood of Greater Ohio and Planned Parenthood Southwest Ohio Region*

*Admitted pro hac vice

Pamela J. Sears (0012552)
Hamilton County Prosecutor
230 E. Ninth Street, Suite 4000
Cincinnati, OH 45202
(513) 946-3082
Fax: (513) 946-3018
Email: Pam.Sears@Hcpros.org
*Counsel for Defendant Hamilton County Prosecutor Melissa Powers*

/s/ Ward C. Barrentine
Ward C. Barrentine (0074366)
Assistant Prosecuting Attorney
301 West Third Street
PO Box 972
Dayton, OH 45422
(937) 496-7797
Fax: (937) 225-4822
Email: barrentinw@mcohio.org
*Counsel for Defendant Montgomery County Prosecutor Mat Heck, Jr.*

/s/ Amy L. Hiers
Amy L. Hiers (0065028)
Assistant Prosecuting Attorney
373 S. High Street, 13th Floor
Columbus, OH 43215
(614) 525-3520
Fax: (614) 525-6012
Email: ahiers@franklincountyohio.gov
*Counsel for Defendant Franklin County Prosecutor G. Gary Tyack*

/s/ Brendan D. Healy
Brendan D. Healy (0081225)
Cuyahoga County Prosecutor's Office
The Justice Center, Courts Tower
1200 Ontario Street, 8th Floor
Cleveland, Ohio 44113
Phone: 216-698-6447
Fax: (216) 443-7602
bhealy@prosecutor.cuyahogacounty.us
*Counsel for Cuyahoga County Prosecutor Michael C. O'Malley*

Dated:        February 8, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>/s/ B. Jessie Hill</u>